```
                IN THE UNITED STATES DISTRICT COURT
               FOR THE WESTERN DISTRICT OF VIRGINIA
                         ROANOKE DIVISION
```

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 2 6 2007

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

CHAD VICARS,                )
    Plaintiff,              )   Civil Action No. 7:07CV00016
                            )
v.                          )   **FINAL ORDER**
                            )
MRS. MAINE, <u>et al.</u>,  )   By: Hon. Glen E. Conrad
    Defendants.             )   United States District Judge

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

that the plaintiff's complaint shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), and **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 26th day of January, 2007.

                                                    /s/ Glen E. Conrad
                                                  United States District Judge