CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 26 2007

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CHAD VICARS,<br>    Plaintiff, | )<br>)   Civil Action No. 7:07CV00016<br>) |
| v. | )   **FINAL ORDER**<br>) |
| MRS. MAINE, et al.,<br>    Defendants. | )   By: Hon. Glen E. Conrad<br>)   United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

that the plaintiff's complaint shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), and **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 26th day of January, 2007.

_____
United States District Judge